UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| In re:<br><br>**ROBIN CLAUSEN**<br><br>Debtor. | Case No. **19-61214** |
| **ROBIN CLAUSEN**,<br><br>Plaintiff,<br><br>vs.<br><br>**HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI d/b/a MOHELA; U.S. DEPARTMENT OF EDUCATION; and, THE PENNSYLVANIA STATE UNIVERSITY**<br><br>Defendants. | Adv. No. **2:23-AP-02001-BPH** |

## ORDER

In this Adversary Proceeding to the underlying Chapter 13 case, the Debtor and the United States Department of Education filed their Stipulation for Dismissal Without Prejudice on September 11, 2024, at ECF No. 42 ("Stipulation"). Accordingly,

IT IS ORDERED that the Stipulation is approved, and this case is dismissed without prejudice as to Defendant United States Department of Education.

Dated September 13, 2024.

BY THE COURT:

Hon. Benjamin P. Hursh
United States Bankruptcy Court
District of Montana