# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| In re<br><br>**ROBIN CLAUSEN,**<br><br>      Debtor. | Case No. **19-61214-BPH** |
| **ROBIN CLAUSEN,**<br><br>      Plaintiff.<br><br>v.<br><br>**HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI, US DEPARTMENT OF EDUCATION, and PENNSYLVANIA STATE UNIVERSITY**<br><br>      Defendants. | Adv. No. **2:23-ap-02001-BPH** |

# ORDER

In this adversary proceeding, Robin Clausen ("Plaintiff") filed a Motion to Vacate on September 17, 2024, at ECF No. 45 ("Motion to Vacate") and a "Motion for Dismissal of Adversary Proceeding, with Prejudice" on October 1, 2024, at ECF No. 46 ("Motion to Dismiss"). The Motion requests the Court dismiss the case pursuant to Fed. R. Civ. P. 41 as applied in adversary proceedings through Fed. R. Bankr. P. 7041. The Motion indicates the Parties have stipulated to dismiss the proceeding, no defendants remain, and that the Parties have complied with Fed. R. Bankr. P. 7041.

Fed. R. Civ. P. 41(a)(2) allows the Court to dismiss an action on Plaintiff's request by court order. Accordingly,

IT IS ORDERED the Motion to Vacate is granted.

IT IS FURTHER ORDERED the Motion to Dismiss is granted.

1

Dated October 3, 2024.

BY THE COURT:

Hon. Benjamin P. Hursh
United States Bankruptcy Court
District of Montana